UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tyra J. Bethea,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:17-cv-761

Judge Michael H. Watson
Magistrate Judge Vascura

## ORDER

On June 20, 2018, United States Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending that Plaintiff Tyra J. Bethea's ("Plaintiff") motion for attorney's fees be granted in part and that the Court award Plaintiff attorney's fees in the amount of $4,587.50. R&R 1, ECF No. 20.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 7–8. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 20, is **ADOPTED**. Plaintiff's motion for attorney's fees, ECF No. 17, is **GRANTED IN PART**, and Plaintiff is awarded **$4,587.50** in fees.

The attorney's fee award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant should direct that the award be made payable to Plaintiff's attorney pursuant to the Equal Access to Justice Act assignment duly signed by Plaintiff.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**